# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH TURKOS, | : | |
| Petitioner, | : | |
| v. | : | No.: 4:17-CV-1897 |
| SUPERINTENDENT BRITTAIN, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 5th day of December 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. In accordance with the Petitioner's Notice of Election (Doc. 5) to discontinue this action, the instant petition is **DEEMED WITHDRAWN**.

2. **DISMISSAL IS WITHOUT PREJUDICE** and Turkos may file another § 2254 petition raising all grounds for relief from his conviction within the one (1) year statutory period prescribed by 28 U.S.C. § 2244(d)(1).

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge